PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. SPARK PLUG AND 3-VALVE ENGINE PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:12-md-2316 (MDL Docket No. 2316)<br><br>JUDGE BENITA Y. PEARSON<br><br>**MEMORANDUM OF OPINION AND ORDER**<br>[Resolving ECF Nos. 84 and 85] |

On September 4, 2014, Ford filed a Notice of Withdrawal of Motion for Reconsideration of the July 30, 2014 Memorandum of Opinion and Order (ECF No. 88).

Ford's Motion for Reconsideration of the July 30, 2014 Memorandum of Opinion and Order (ECF No. 84) shall be marked withdrawn.

Plaintiffs' Motion to Strike Defendant's Motion for Reconsideration of the July 30, 2014 Memorandum of Opinion and Order (ECF No. 85) is denied as moot.

IT IS SO ORDERED.

September 5, 2014        /s/ Benita Y. Pearson
Date                                     Benita Y. Pearson
                                            United States District Judge